**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1530**

_____

TODD WILLIAM BACHELDOR,

               Plaintiff - Appellant,

     v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; EDWIN D.
HILL; ROBERT P. KLEIN; LINDSAY K. NELSON; NEAL HARRISON;
WHITE ELECTRIC; RODGER BUILDERS, INC.,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.   Terrence W. Boyle,
District Judge.   (7:10-cv-00228-BO)

_____

Submitted:  October 18, 2011      Decided:  October 20, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Todd William Bacheldor, Appellant Pro Se.  Victoria Louise Bor,
SHERMAN DUNN COHEN LEIFER & YELLIG, PC, Washington, DC; Sarah M.
Stephens, FOLTZ MARTIN, LLC, Atlanta, Georgia, Kelly Suzanne
Hughes, Homer Bernard Tisdale, III, OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd William Bacheldor appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bacheldor v. Int'l Bhd. of Elec. Workers, No. 7:10-cv-00228-BO (E.D.N.C. Apr. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2